# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| KERRY ADAM SHINE JR, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:23-cv-00258-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| GARRY MCFADDEN, et al., | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2023 Order.

September 21, 2023

Katherine Hord Simon, Clerk
United States District Court